EDWARD D. AGOSTINI et al., Doing Business under the Name of AGOSTINI BROTHERS, Appellants, *v.* STATE OF NEW YORK, Respondent. (Claim No. 23237.)

Argued May 16, 1945; decided June 14, 1945.

*Edward Lazansky* and *Benjamin Jaffe* for appellants.

*Nathaniel L. Goldstein*, Attorney-General (*Orrin G. Judd, James G. Austin* and *Saul A. Shames* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ.